**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ELIJAH JOHNSON, individually,
and on behalf of all others similarly situated,

Plaintiffs, CASE NO.: 2:17-CV-171-FTM-29CM

vs.

SIMON'S LAWN CARE, INC., a
Florida Profit Corporation;
and A.J. SIMON, individually.

Defendants,

_____________________________________________/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO COURT INTERROGATORIES**

Pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.01 M.D. Fla. L.R., Plaintiff respectfully moves this Honorable Court for an unopposed 14 day extension of time, within which to respond to the Court's Interrogatories and in support thereof states the following:

1. Pursuant to the FLSA Scheduling Order and Fed. R. Civ. P. 16 Plaintiff is required to answer the Court's Interrogatories under oath and serve a copy on the Defendant on or before May 30, 2017.

2. Plaintiff has been diligently gathering information to prepare a response but requires and requests an additional 14 days up to and including June 13, 2017.

3. Accordingly, Plaintiff respectfully requests a 14 day extension of time within which to respond to the interrogatories. The requested extension is made in good faith, and not for purposes of delay. Granting this request for an extension of time will not prejudice any party to this matter.

**WHEREFORE**, Plaintiff prays, with the consent of the Defendant, that the Court grant the extension of time for Plaintiff to file answers to the Court's Interrogatories.

VILES AND BECKMAN, LLC.

______*/s/ Maria R. Alaimo*___________________
Maria R. Alaimo, Esquire
6350 Presidential Court
Fort Myers, Florida 33919
Telephone: 239-334-3933
Facsimile: 239-334-7105
E-Mail: maria@vilesandbeckman.com
Attorney for Plaintiff Elijah Johnson

**LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for the Plaintiff certifies that counsel conferred with Defendant's counsel regarding the relief requested in this motion, and that the Defendant has agreed to the relief requested in this motion.

By: __*/s/ Maria R. Alaimo*___
Maria R. Alaimo, Esquire
Florida Bar Number: 103870

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Clerk of this Court via the CM/ECF system to: **Jason L. Gunter, Esq., and Conor P. Foley, Esq.,** Jason@gunterfirm.com, Conor@gunterfirm.com, this 30th day of May, 2017.

**VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida 33919
Telephone: (239) 334-3933
Facsimile: (239) 334-7105
Primary Email: Maria@vilesandbeckman.com
Secondary Email: AOsborne@vilesandbeckman.com

/s/ Maria Alaimo, Esq.
Maria R. Alaimo, Esquire
FBN: 103870