## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

ELIJAH JOHNSON,

       Plaintiff,

  v.

SIMON'S LAWN CARE, INC., a
Florida Profit Corporation, and
A.J. SIMON, Individually,

      Defendants.

Case No. 2:17-CV-171-FtM-29CM

### NOTICE OF SETTLEMENT

     Pursuant to Local Rule 3.01(a), the FLSA Scheduling Order (Doc. #13), and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 Cir. 1982), the parties notify the Court that Plaintiff's FLSA claim has been settled in full, without compromise, separately from attorney's fees and costs. Contemporaneously with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**September 1, 2017**

*/s/ Jason L. Gunter*
*Attorney for Defendants*

**GUNTERFIRM**
Jason L. Gunter, Esq.
Florida Bar No.: 0134694
jason@gunterfirm.com
Conor P. Foley, Esq.
Florida Bar No.: 111977
conor@Gunterfirm.com
1514 Broadway, Ste. 101
Ft. Myers, FL 33901
Telephone: (239) 334-7017
Facsimile: (239) 236-8008

*/s/ Maria R. Alaimo*
*Attorney for Plaintiff*

**VILES AND BECKMAN, P.A.**
Maria R. Alaimo, Esq.
Florida Bar No.: 103870
Email: Maria@vilesandbeckman.com
6350 Presidential Court, Suite A
Fort Myers, FL 33919
Telephone: (239) 334-3933
Facsimile: (239) 334-7105

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **September 1, 2017**, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be served upon the following in the manner indicated:

**By the Court's ECF System:**

> **VILES AND BECKMAN, P.A.**
> Maria R. Alaimo, Esq.
> Florida Bar No.: 103870
> Email: Maria@vilesandbeckman.com
> 6350 Presidential Court, Suite A
> Fort Myers, FL 33919
> Telephone: (239) 334-3933
> Facsimile: (239) 334-7105
> *AAttorney for Plaintiff*

Dated:  **September 1, 2017**                    */s/ Jason L. Gunter*
                                                                  Jason L. Gunter
                                                                  **GUNTERFIRM**
                                                                  1514 Broadway, Suite 101
                                                                  Ft. Myers, Florida 33901
                                                                  Telephone: (239) 334-7017
                                                                  Facsimile:  (239) 236-8008
                                                                  Jason@gunterfirm.com

                                                                  *Attorney for Defendants*